UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAWN TAYLOR, | No. 2:23-cv-1049 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| TRACY JOHNSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Petitioner has filed a motion asking that his petition for writ of habeas corpus be stayed pending the exhaustion of state court remedies with respect to claims not presented in the petition. Good cause appearing, that request will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 5) is granted.

2. Petitioner's motion for a stay (ECF No. 2) is granted.

3. The Clerk of the Court is directed to administratively close this case.

1

4. When petitioner exhausts state court remedies, petitioner shall inform the court how he wishes to proceed in this action.

Dated: August 18, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tayl1049.sty