UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAWN TAYLOR,<br><br>        Petitioner,<br><br>    v.<br><br>TRACY JOHNSON,<br><br>        Respondent. | No. 2:23-cv-1049 TLN CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed what the court construes to be an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. While petitioner submitted his petition on the correct form, the form has not been filled out accurately or completely. Also, petitioner relies upon exhibits for the identification of his claims. While briefing concerning a claim can be submitted via exhibit or attachment, petitioner must at least identify all claims on the form and indicate whether he has exhausted state court remedies with respect to each claim.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's amended petition for writ of habeas corpus (ECF No. 12) is DISMISSED with leave to file a second amended petition within thirty days.[1]

---

[1] By setting this deadline, the court is making no finding or representation that the petition is not subject to dismissal as untimely.

1

2. Any second amended petition must be filed on the form employed by this court and the form must be filled out accurately and completely. In particular, all of petitioner's claims must be identified on the form and petitioner must indicate whether he has exhausted state court remedies with respect to each claim. The second amended petition must bear the case number assigned to this action and must be titled "Second Amended Petition."

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: July 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tayl1049.115